NUMBER 13-06-439-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


IN RE: SOUTHWESTERN BELL TELEPHONE COMPANY, Relator.

___________________________________________________________________


On Petition for Writ of Mandamus


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Relator, SOUTHWESTERN BELL TELEPHONE COMPANY, filed its petition for
writ of mandamus with this Court on August 4, 2006. On October 18, 2006, the
Court granted the parties' joint motion to abate the proceeding, pending final
settlement. The parties have now filed a joint motion to dismiss pursuant to parties'
agreement. In the motion, the parties state that they have resolved the dispute
pending before this Court. The parties request that this Court dismiss this mandamus
proceeding and order that all costs of the proceeding be borne by the party incurring
same. 

 The Court, having considered the documents on file and the joint motion to
dismiss the petition for writ of mandamus, is of the opinion that the motion should be
granted. The joint motion to dismiss pursuant to parties' agreement is granted, and
the petition for writ of mandamus is hereby DISMISSED. Costs of the proceeding are
to be borne by the party incurring same.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 11th day of January, 2007.